## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 21-CR-488-CRC |
| | : | |
| **NOAH S. BACON,** | : | |
| **Defendant.** | : | |

### JOINT MOTION TO CONTINUE JANUARY 19, 2022, STATUS HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States of America and Defendant, Noah Bacon, through counsel hereby move this Court for a 60-day continuance of the Status Conference set for January 19, 2022, and further to exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).  In support of its motion, the parties state as follows:

1. Defendant is charged by Indictment with offenses related to crimes that occurred at the United States Capitol on January 6, 2021.

2. Since Defendant's Arraignment, the Government has continued to provide discovery as it becomes available.  Specifically, the Government has provided substantial, individualized discovery addressing Defendant's conduct on January 6, 2021.  The Government also has provided substantial discovery from other sources.

3. The United States also has provided a formal, written plea offer to Defendant.  Defense counsel has advised that he needs additional time to discuss the offer with his client.  The parties therefore need additional time to work through their plea discussions and attempt to resolve this case without a trial.

4. The parties have conferred on the case status and agreed that a 60-day continuance of the Status Hearing set for January 19 would assist in furthering the parties' plea negotiations and allow sufficient time for the Government to continue providing discovery and affording defense counsel sufficient time to review and process those disclosures. The parties also agreed to toll the Speedy Trial Act from the date this Court enters an Order on this motion through and including the date of the next Status Hearing. The parties further request that the Court conduct the next Status Hearing via videoconference.

Accordingly, the parties respectfully request that this Court grant the motion to continue the Status Hearing set for January 19, 2022, for an additional 60 days from the date this Court enters an Order on this motion through and including the date of the next hearing, and that the Court exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest

of the public and Defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).

        Respectfully submitted,

        Joseph Conte
        Joseph Conte Law Office
        400 7th Street, N.W.
        Washington, DC  20024
        Telephone No. (202) 638-4100
        dcgunlaw@gmail.com

        and

        MATTHEW M. GRAVES
        United States Attorney
        DC Bar No. 481052

By: /s/ Monica A. Stump
    Monica A. Stump
    Assistant United States Attorney
    PA Bar Number 90168
    District of Columbia
    Capitol Riot Detailee
    Nine Executive Drive
    Fairview Heights, Illinois 62208
    Telephone No. (618) 622-3860
    monica.stump@usdoj.gov