# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NOAH BACON,<br><br>        Defendant. | Case No.: 1:21-cr-00488 CRC-1<br><br>**MOTION TO MODIFY CONDITIONS OF RELEASE TO PERMIT TRAVEL** |

COMES NOW, Noah Bacon, through counsel, Joseph R. Conte, to respectfully request this honorable court to amend his conditions of release to permit him to travel to Hot Springs, Arkansas from March 2, 22022 to April 7, 2022. As grounds for this motion counsel would state:

    1. The defendant is on release and prohibited from travel outside his home judicial district absent leave of the court.

    2. The defendant wishes to travel to Hot Springs, Arkansas from March 29, 2022, to April 7, 2022, to visit and help a friend.

    3. Undersigned has spoken to government counsel who has advised counsel that the government takes no position with respect to this motion.

    WHEREFORE counsel respectfully requests that this motion be granted.

Dated: March 12, 2022

                                                                        Respectfully submitted,

                                _____
                                Joseph R. Conte, Bar #366827
                                Counsel for Noah Bacon
                                Law Office of J.R. Conte
                                400 Seventh St., N.W., #206
                                Washington, D.C. 20004
                                Phone: 202.638.4100
                                Fax:        202.628.0249
                                E-mail:    dcgunlaw@gmail.com