# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:22-cr-00488 CRC-1 |
| v. | UNOPPOSED MOTION FOR LEAVE TO FILE OUT OF TIME |
| NOAH BACON,<br>          Defendant. | |

COMES NOW, Noah Bacon, through counsel, Joseph R. Conte, to respectfully request leave of this honorable court to file the attached defendant's <u>Defendant Noah Bacon's Motion For Transfer Of The Case To Southern District Of Massachusetts</u>  and defendant's <u>Motion to Dismiss Multiplicitous Counts</u> out of time.  As grounds for this motion counsel would state:

   1. Motions in this matter were due July 27, 2022.

   2. Counsel has recently identified the possible multiplicity issue.

   3. Counsel had elected not to file a motion for change of venue based on the number of district judges who were denying the motions.  However, counsel has elected to file the motion to preserve the issue in the event of a favorable ruling from the Circuit Court.

   4. Trial in this matter is not scheduled until February 27, 2023.

   5. The United States does not oppose this motion.

| | | |
|---|---|---|
| *United States v. Noah Bacon*<br>Case #1:21-cr-00488 CRC[1<br>Unopposed Motion for Leave to File Out of Time<br>Page No. 1<br>LATE FILE 22/10/31 08:47:09 | | Joseph R. Conte<br>8251 NW 15th Ct.<br>Coral Springs, FL  33071<br>Phone:  202.236.1147<br>Email:  dcgunlaw@gmail.com |

WHEREFORE counsel respectfully requests that the court to grant the motion.

Dated: October 31, 2022

                                        Respectfully submitted,

                                        _____
                                        Joseph R. Conte, Bar #366827
                                        Counsel for Noah Bacon
                                        Law Office of J.R. Conte
                                        8251 NW 15th Ct.
                                        Coral Springs, FL  33071
                                        Phone:     202.236.1147
                                        E-mail:     dcgunlaw@gmail.com

*United States v. Noah Bacon*
Case #1:21-cr-00488 CRC[1
Unopposed Motion for Leave to File Out of Time
Page No. 2
LATE FILE 22/10/31 08:47:09

Joseph R. Conte
8251 NW 15th Ct.
Coral Springs, FL  33071
Phone: 202.236.1147
Email: dcgunlaw@gmail.com