UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES**,

        Plaintiff,

        v.

**NOAH BACON**,

        Defendant.

Case No. 21-cv-488 (CRC)

**ORDER**

It is hereby **ORDERED** that [51] Defendant's Motion for the U.S. Marshals to Pay Travel and Related Expenses is DENIED without prejudice. Defendant may refile his motion with a sworn statement and supporting documentation to meet his burden of showing that he is financially unable to travel to trial. See United States v. Forest, 597 F. Supp. 2d 163, 166 (D. Me. 2009) (denying request for reimbursement under 18 U.S.C. § 4285 where defendant failed to submit a sworn statement and itemized list of expenses that met "especially heavy burden" of showing that she was "financially unable to provide the necessary transportation to appear before the required court"). Further, 18 U.S.C. § 4285 authorizes funding only for travel to trial and subsistence required during that travel. United States v. Nave, 733 F. Supp. 1002 (D. Md. 1990) (holding that § 4285 only covers subsistence for defendant in transit to trial and terminates upon arrival at the trial destination); United States v. James, 762 F. Supp. 1 (D.D.C. 1991) ("[T]he Court must conclude that [§ 4285] does not authorize the Court to direct the Marshal to pay for the defendant's return to Massachusetts."). Accordingly, Defendant would not be entitled to funds during trial or for travel accommodations to return to Massachusetts.

                                                  CHRISTOPHER R. COOPER
                                                  United States District Judge

Date:  November 8, 2022