AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the

| | |
|---|---|
| UNITED STATES of AMERICA ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cr-00488-CRC |
| NOAH S. BACON ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Noah S. Bacon AS CO-COUNSEL

Date:   02/08/2023

*Attorney's signature*

GUGY A. IRVING III #440811
*Printed name and bar number*

P.O. Box 148

Oxford, MD 21654

*Address*

irving@atlanticbb.net
*E-mail address*

(301) 613-0100
*Telephone number*

*FAX number*