## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NOAH S. BACON,<br><br>                Defendant. | Case No.: 1:21-cr-00488 CRC<br><br>**DEFENDANT'S OBJECTIONS TO GOVERNMENT'S EXHIBITS** |

COMES NOW, Noah Bacon, through counsel, Joseph R. Conte, to make the following objections to the proposed government exhibit list.

1. Exhibit 19 -- "Area Closed Sign" -- This exhibit could come from anywhere. There is no evidence Mr. Bacon saw the sign or was otherwise aware of its existence.

2. Exhibit 25 -- "Area Closed Sign" -- Although the location of this sign is obvious there is no evidence Mr. Bacon saw the sign.

3. Exhibit 400 -- SMS message. These messages are dated November 27, 2022, and are not relevant to the charges in the indictment.

4. Exhibit 406 -- SMS message. These messages are from December 12, 2020, and are not relevant to the charges in the indictment.

      Respectfully submitted,

      _____
      Joseph R. Conte, Bar #366827
      Counsel for Noah S. Bacon
      Law Office of J.R. Conte
      8251 NW 15th Ct.
      Coral Springs, FL  33071
      Phone:          202.236.1147
      E-mail:          dcgunlaw@gmail.com