UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) | |
| v. | ) ) | Case No. 21-cr-488 (CRC) |
| **NOAH BACON,** | ) ) ) | |
| **Defendant.** | ) ) | |

## VERDICT FORM

**Count I:**  **Entering or Remaining in a Restricted Building or Grounds**

_____                    _____
Guilty                                                    Not Guilty

**Count II:**  **Disorderly or Disruptive Conduct in a Restricted Building or Grounds**

_____                    _____
Guilty                                                    Not Guilty

**Count III:**  **Entering or Remaining in the Gallery of Congress**

_____                    _____
Guilty                                                    Not Guilty

**Count IV:**  **Disorderly Conduct at the Grounds or in a Capitol Building**

_____                    _____
Guilty                                                    Not Guilty

**Count V:**  **Parading, Demonstrating, or Picketing in a Capitol Building**

_____                    _____
Guilty                                                    Not Guilty

**Count VI:** **Obstruction of an Official Proceeding and Aiding and Abetting**

_____                                          _____
Guilty                                                               Not Guilty


Dated this _____ day of _____, 2023.

                                                              _____
                                                              FOREPERSON