# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NOAH BACON,<br><br>            Defendant. | Case No.: 1:21-cr-00488-CRC-1<br><br>**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING** |

COMES NOW, Noah Bacon, by and through undersigned counsel, to respectfully request this Honorable Court to continue the Sentencing Hearing in this matter until late July or later. As grounds for this motion counsel would state:

1. Trial in this matter is scheduled for June 14, 2023.

2. The defendant's family wishes to be present for the sentencing hearing.

3. The defendant's sister is scheduled to appear in court in Massachusetts the week of June 12, 2023, and the defendant and his family are desirous of attending that proceeding.

4. The Massachusetts matter was scheduled prior to the defendant's sentencing hearing.

5. The United States does not oppose this motion.

*United States v. Noah Bacon*
Case No. 1:21-cr-00488-CRC

Defendant's Unopposed Motion to Continue
Sentencing Hearing
Page -1-

Joseph R. Conte
Law Office of J.R. Conte
8251 NW 15th Ct.
Coral Springs, FL 33071
Phone: 202.236.1147
Email: dcgunlaw@gmail.com

CONTINUE 2023031723/03/17 09:40:38

6. Counsel for the United States has advised that he is not unavailable late June into early July.

WHEREFORE counsel respectfully requests that this motion be granted.

Dated:  March 17, 2023

Respectfully Submitted,

_____
Joseph R. Conte
Counsel for Noah Bacon
Law Office of J.R. Conte
8251 NW 15th Ct.
Coral Springs, FL  33071
Phone:  202.236.1147
Email:  dcgunlaw@gmail.com

*United States v. Noah Bacon*
Case No. 1:21-cr-00488-CRC

Defendant's Unopposed Motion to Continue
Sentencing Hearing
Page -2-

Joseph R. Conte
Law Office of J.R. Conte
8251 NW 15th Ct.
Coral Springs, FL  33071
Phone:  202.236.1147
Email:  dcgunlaw@gmail.com

CONTINUE 2023031723/03/17 09:40:38