# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00488 CRC |
| v. | **NOTICE OF FILING** |
| NOAH S. BACON | |
| Defendant. | |

COMES NOW, Noah S. Bacon, through counsel, to file with the court the attached character letter from Susan Bacon Hodge submitted for the court's consideration at sentencing. Sentencing is currently scheduled for July 27, 2023.

Dated: May 19, 2023

Joseph R. Conte, Bar #366827
Counsel for Noah S. Bacon
Law Office of J.R. Conte
8251 NW 15th Ct.
Coral Springs, FL  33071
Phone:       202.638.4100
Email:   dcgunlaw@gmail.com

*United States v. Noah S. Bacon*
Case No. 1:21-cr-00488 CRC

Notice of Filing Page No. 1

FILING HODGE 23/05/19 09:22:59

Joseph R. Conte
Law Office of J.R. Conte
8251 NW 15th Ct.
Coral Springs, FL  33071
Phone: 202.638.4100
Email: dcgunlaw@gmail.com