Susan Bacon Lodge

███████████████

Manchester, MA 01944

May 17, 2023

The Honorable Christopher Cooper
The U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

                                Letter of support for Noah S. Bacon

Dear Judge Cooper,

My name is Susan Bacon Lodge and I am writing on behalf of my nephew Noah S. Bacon who has been found guilty of all six charges in connection to his having been inside the Capitol on January 6th.  I have always known Noah to be a spiritualist, a meditator, a seeker, and a pacifist.  It completely baffles my mind (and my entire extended family's minds as well) that Noah could have become a follower of Donald Trump.  We are all still trying to understand it.  Noah has always been a very unique person; some may say a lost soul, which may explain how he ended up being suckered by Trump's rhetoric and lies.  Who knows?  Fortunately, Noah now sees the error of his ways, and he feels like a complete fool for following the crowd to the Capitol and for believing his president in the first place.  Noah's trip to the Capitol was not planned.  He had been on his way home to MA from a yoga and meditation retreat center in Florida and stopped in D.C. because he'd believed Trump was going to make a big announcement explaining proof that he had won the election.  Noah now sees what a fool he was to believe Trump.

Noah has never been in trouble, nor has he ever had any association with the Oath Keepers or any of the other dangerous para-military groups that showed up at the Capitol.  He is a pacifist and has always been pretty naive; like many others, he believed what his president told him.  And now he is a convicted felon facing jail time.  I write to plead with you, Sir, to give Noah community service instead of putting him behind bars.  Noah may be naive, and he was certainly misguided by Trump's rhetoric, but he is not a dangerous or harmful person in any way whatsoever, and he would be far better served being put to work for the betterment of others in the community than sitting in a jail cell.  I respectfully ask you to take into consideration who Noah really is in deciding his fate.

Thank you, Judge Cooper, for your attention on this important matter.
I am respectfully yours,
Susan Bacon Lodge

 ReplyForward