# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00488 CRC |
| v. | **NOTICE OF FILING** |
| NOAH S. BACON | |
| Defendant. | |

COMES NOW, Noah S. Bacon, through counsel, to file with the court the attached character letters from Laura Jenner (Exhibit One) and Elizabeth McNamara (Exhibit Two) submitted for the court's consideration at sentencing. Sentencing is currently scheduled for July 27, 2023.

Dated:  June 15, 2023

_____
Joseph R. Conte, Bar #366827
Counsel for Noah S. Bacon
Law Office of J.R. Conte
8251 NW 15th Ct.
Coral Springs, FL  33071
Phone:         202.638.4100
Email:   dcgunlaw@gmail.com

*United States v. Noah S. Bacon*
Case No. 1:21-cr-00488 CRC

Notice of Filing Page No. 1

FILING JENNER MCNAMARA 23/06/15 10:02:10

Joseph R. Conte
Law Office of J.R. Conte
8251 NW 15th Ct.
Coral Springs, FL  33071
Phone: 202.638.4100
Email:  dcgunlaw@gmail.com