# EXHIBIT ONE

**The Reverend Robert Bacon**
███████████
**Lexington, MA 02420**

July 6, 2023

The Honorable Christopher Cooper
The U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

**Letter of support for Noah S. Bacon**

Dear Judge Cooper,

I am Noah Bacon's father. By way of introduction, and so that you can know a little bit about the family in which Noah grew up, I am an Episcopal priest and am the Rector of St. Paul's Episcopal Church in Lynnfield, MA. Prior to seminary and ordination, I served as Governor William F. Weld's Deputy Director of Legislative Affairs in Massachusetts where it was my job to foster communication between the cabinet secretaries, legislators, agency heads, lobbyists, advocacy groups, and constituencies on pending legislative matters, and to advise the governor on recommended actions. Prior to that I served as a naval officer for seven years following college. I served first as a Surface Warfare Officer aboard two combatants, including a combat tour to the Persian Gulf, and then as a Special Operations Deep Sea Diving Officer. My life has been built around public service. My wife, Sonia, will tell you about her background in a separate letter.

Our large family is baffled and perplexed as to why Noah took on an allegiance to Donald Trump, especially as Noah has been a liberal spiritual seeker his whole adult life, and had been a fan of Bernie Sanders, and who then voted for Barack Obama twice. Noah is one of the most peaceful and spiritual people I've ever known. He's a man of utter honesty and integrity. The Trump thing is a complete mystery to us. I cannot think of two people who are more polar opposites of one another than Noah Bacon and Donald Trump. Noah has focused all of his adult efforts on spiritual and academic learning and practice, including living and working with a "guru" on Maui, and in Peru prior to that. The Trump thing caused sad divisions within our family, and since his arrest Noah has re-joined the family in beautiful and heart-warming ways.

One specific thing that I would like to address concerning Noah's trial is when Douglas Meisel poked fun at Noah during the Government's second closing argument for "pausing to re-orient his chi" when he sat down to meditate in the Senate Chamber. Mr. Meisel's comments were clearly meant to convey the emphatic message to the jury, "You gotta be kidding me!" as though Noah was some kind of wing-nut grasping for lame excuses. Mr. Meisel may have been caught up in a courtroom strategy, but he completely missed an essential part of who Noah is as a human being, and what Noah has tried to bring to the world in his adult life.

Actually, history is full of examples of people of all religions across the planet trying to change and improve the energy in a given situation, going back more than 5,000 years. Take, for example, Krishna who taught that the "universal love vibration" could change situations and outcomes just by putting out compassionate energy. Or two of the great Christian mystics, John van Ruysbroeck and St. John of the Cross, both of whom taught that by changing our own energy (which takes a moment

of conscious reflection and decision, such as what Noah did when he sat down to meditate in the Senate Chamber) we can turn hostility into peace, division into unity, and confusion into clarity. Or Gurdjieff who remained in Paris after everyone else had left in order to try to maintain positive loving energy in that city after the Nazi occupation had begun and everyone else had given up hope. Or the Buddha, or the Dalai Lama, or energy medicine healers - the list goes on and on. And, of course, there's Jesus, who came to show us how to live together in unity with one another through such things as mutual love, respect, and caring affection as we all seek to become "one body." His primary goal was to teach humanity how to live together as one. He too taught that we can change situations and outcomes by changing our own responses to them. This is what Noah was trying to do when he sat down to meditate in the Senate Chamber.

I know this way of thinking and living is foreign and unimaginable to many, but Noah has been trying to learn and live this path his whole adult life; and after the initial impulses of his foolish actions that day to rush in and see what was going on, he did indeed stop and try to apply these teachings in the midst of a situation that was *very* bizarre and unique.

Noah is in *no way* harmful or destructive or dangerous. He absolutely should never have been there in the first place; he's the first to admit it, and he is filled with lasting and genuine remorse and regret. But he did try to turn his impulsive foolishness into something good. After pausing to meditate, he got up and left. As he passed a police officer he shook his hand and apologized for the trouble. I respectfully request that you take this essential piece into consideration when you decide upon his punishment.

Noah does not lie and has always tried to speak the truth from his understanding. He did not know that he was in the Senate Chamber. He was at the Capitol as part of a protest and did not specifically understand that the events he was swept up in were, in fact, interrupting the process of the peaceful transfer of power. He was naively and foolishly following the crowd as his impulsive curiosity made him want to rush up front to see what was happening.

Noah is a unique soul. He's on a journey that many don't understand. But as a priest who tries to live by the teachings and example of Jesus Christ, I am very proud of him for the ways in which he seeks out the truly spiritual, loving, and unifying path of life. He is the first to admit that everything about January 6th, and his participation in it, was absolutely wrong. He deeply regrets his impulsive actions, and is completely back on his spiritual path.

One of Jesus' primary teachings is about the healing and restorative power of forgiveness. I do believe that applying Jesus' teachings in this case would bring about the very best of all possible outcomes for Noah, for our society, and for the United States of America. We all place ourselves at your mercy.

Respectfully yours,
The Rev. Robert Bacon