# EXHIBIT TWO

*Kaitlyn Robb*
*Friend of 8 Years*

Vancouver, BC. V5X 1B3

*Judge Christopher Cooper*
*The U.S. District Court for the District of Columbia*
*333 Constitution Avenue N.W.*
*Washington D.C. 20001*

Dear Judge Cooper,

If I can convey one thing in this letter, I hope for it to be how wholeheartedly I believe in Noah's goodness. I have known him for over eight years and in this time I have seen him in many different stages of his personal growth. We met while studying yoga and meditation together several years ago. He has since become like a big brother to me; his friendship is one I intend to foster until we are both old and grey. Noah is a friend I know I can look to for support, unwavering kindness, complete openness, and honesty. He is, in every way, well-intentioned and continuously seeking the highest truths. Even when misguided in his search, I have only ever known him to want goodness.

During Trump's presidency, Noah and I would have phone conversations in which he would express his gratitude for Trump in his fight to end human trafficking in the U.S as well as Trump's opposition of the wars in the Middle East. These were the two biggest reasons he supported Trump. Noah called me a day or two before January 6th, 2021, and he expressed curiosity in the protest. I assure you, Noah was *not* one of the protesters there to cause destruction nor harm anyone. He merely was misguided and swept up in the internet's vast and confusing web of theories.

Noah and I call each other frequently and his updates are always similar; he is so excited about his schooling, he is actively repairing his relationship with his family (which brings him so much joy), he is excited about dating and is always keeping up with his meditations.

Above all else, I know Noah to be a gentle, kind, loving young man with an incredibly bright future ahead. I pray this letter, along with the many others, can help you see Noah through our eyes. He is a good man, who means well, and deeply wants to contribute to the betterment of all. I beg you to allow him freedom to continue his studies and to continue all of what he is beginning to build for his future.

With my deepest respects,
Noah's friend, Kaitlyn Julienne Robb