Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. __21-488__
)
NOAH BACON )

## NOTICE OF APPEAL

Name and address of appellant: Noah S. Bacon
███████████████

Name and address of appellant's attorney: Joseph R. Conte
8251 NW 15th Ct.
Coral Springs, FL 33071

Offense: 18 USC 1512(c)(2) and 2 Obstruction of an Official Proceeding, Aiding and Abetting

Concise statement of judgment or order, giving date, and any sentence:

Guilty verdict; sentencing July 27, 2023; sentenced to one year and one day.

Name and institution where now confined, if not on bail: NA

   I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

__07/28/2023__    __Noah S. Bacon__
DATE             APPELLANT
                 __Joseph R. Conte__
                 ATTORNEY FOR APPELLANT
                 Joseph R. Conte

GOVT. APPEAL, NO FEE  [ ]
CJA, NO FEE           [✓]
PAID USDC FEE         [ ]
PAID USCA FEE         [ ]

Does counsel wish to appear on appeal? YES [ ] NO [✓]
Has counsel ordered transcripts? YES [✓] NO [ ]
Is this appeal pursuant to the 1984 Sentencing Reform Act? YES [✓] NO [ ]