UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NOAH BACON,<br><br>Defendant. | Case No. 1:21-cr-00488-CRC-1 |

UNOPPOSED MOTION TO PERMIT TRAVEL

Defendant Noah Bacon, through undersigned counsel, respectfully moves for an order allowing him to travel to Spain to attend a memorial and related events for his recently deceased grandfather. The Government does not oppose this motion. Grounds are as follows::

1. Mr. Bacon has served his sentence in this case and is on supervised release. Mr. Bacon's grandfather recently died. A memorial service and related events are scheduled in Palma de Mallorca, Spain, from November 13, 2024 to November 23, 2024. We respectfully request permission for Mr. Bacon to fly to Spain to attend these events with his family.

2. Mr. Bacon's probation officer, Camila Cordoba (District of Massachusetts) states that Mr. Bacon remains entirely compliant with all his probation conditions. She takes no position as to this request. Mr. Bacon has provided all of the details of his travel to his probation officer and will inform her of any changes.

Accordingly, we respectfully submit that an order should issue permitting Mr. Bacon's travel to Palma de Mallorca, Spain from November 13, 2024 to November 23, 2024.

Dated: October 29, 2024        Respectfully submitted,

_/s/ Barry Coburn_
Barry Coburn, DC Bar No. 358020
Coburn Greenbaum & Eisenstein PLLC
1710 Rhode Island Avenue, N.W.
Second Floor
Washington, DC  20036
Tel:  202-643-9472
Fax:  1-866-561-9712
barry@coburngreenbaum.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of October, 2024, I caused the foregoing to be filed via the Court's electronic filing system (CM/ECF), which will serve copies on all counsel of record.

_/s/ Barry Coburn_
Barry Coburn