# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | **Crim. No. 21-CR-00488 (RC)** |
| **NOAH BACON,** : | |
| : | |
| **Defendant.** : | |

## JOINT NOTICE

Pursuant to the Court's November 20, 2024 Order, the parties submit the following:

1. In light of the mandate of the Court of Appeals for the District of Columbia, the government moves to dismiss Count 6s of the Superseding Indictment, which charged the defendant with Obstruction of an Official Proceeding and Aiding and Abetting, in violation of 18 U.S.C. §§ 1512(c)(2) and (2).

2. The parties jointly request that the Court issue an amended Judgment for the remaining counts. The parties also request that the Court *nunc pro tunc* the Judgment to reflect the defendant's completed term of imprisonment, partial completion of the term of supervised release for the remaining counts of conviction, and all other aspects of the Judgment.

*/s/ Sarah W. Rocha*
SARAH W. ROCHA
Trial Attorney
DC Bar 977497
601 D Street, N.W.
Washington, D.C. 20001
(202) 330-1735
sarah.wilsonrocha@usdoj.gov
*Counsel for the Government*

*/s/ Marc Eisenstein*
BARRY COBURN
MARC EISENSTEIN
Coburn Greenbaum & Eisenstein PLLC
1710 Rhode Island Avenue, NW
2nd Floor
Washington, DC 20036
Phone: (202) 630-2844
Fax: (866) 561-9712
barry@coburngreenbaum.com
marc@coburngreenbaum.com
*Counsel for Defendant*