UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **NOAH S. BACON**, <br><br> Defendant. | Case No. 21-cr-488 (CRC) |

### ORDER AMENDING JUDGMENT AND COMMITMENT

It is hereby

**ORDERED** that the Judgment and Commitment issued and filed on August 1, 2023, be and is hereby amended as follows:

That portion of the sentence that reads "1s through 6s of the Superseding Indictment" is hereby vacated and amended to read "1s through 5s of the Superseding Indictment"; and

the sentence that reads "Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States" is amended to read "Count(s) 6s is dismissed on the motion of the United States"; and

the sentence that lists "18 USC § 1512(c)(2) and (2)" as an additional count of conviction is hereby vacated; and

that portion of the sentence that reads "1 year and 1 days at to Count 6s" is hereby vacated; and

that portion of the sentence that reads "24 months (2 years) as to Count 6s" is hereby vacated.

All other terms and conditions of the Judgment shall remain in effect.

**SO ORDERED**.

						_____
						CHRISTOPHER R. COOPER
						United States District Judge

Date:   <u>December 30, 2024</u>